UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RELIASTAR LIFE INSURANCE COMPANY,** | No. **2:24-CV-03544-TLN-SCR** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR INTERPLEADER DEPOSIT** |
| **SHARON EDMISTON, ET AL.,** | |
| Defendants. | |

This is an action to determine the proper beneficiaries of the death benefit payable under ReliaStar Life Insurance Company life insurance policy number AD11208325 issued to the late John Edmiston (the "Policy"). Plaintiff ReliaStar Life Insurance Company ("ReliaStar") filed a Complaint for Interpleader Relief against Sharon Edmiston, Ashley Edmiston, Katharine Edmiston, and Karen Edmiston, the competing claimants to the Policy death benefit.

ReliaStar has filed a Motion for Interpleader Deposit requesting to deposit the Policy death benefit with the Clerk of the United States District Court, Eastern District of California. The sum to be deposited with the Clerk is **$500,000.00 plus accrued interest, if any** (the "Sum"). The Sum represents the death benefit payable under the Policy.

WHEREFORE, good cause appearing, the Court hereby **ORDERS** as follows:

1. ReliaStar's Motion for Interpleader Deposit is **GRANTED**.

2. ReliaStar shall deposit the Policy benefit in the sum of **$500,000.00 plus accrued interest, if any**, with the Clerk of the United States District Court, Eastern District of California.

3. The Clerk of Court is directed to invest the sum of **$500,000.00 plus accrued interest, if any**, in the Disputed Ownership Fund (DOF) of the Court Registry Investment System (CRIS) until such time as the Court makes its order directing disbursement and distribution of these funds.

**IT IS SO ORDERED.**

DATED: February 10, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

CC: FISCAL