UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHARON EDMISTON, et al.,<br><br>Defendants. | No. 2:24-cv-03544-TLN-SCR<br><br>**ORDER** |

This matter is before the Court on Plaintiff ReliaStar Life Insurance Company's ("Plaintiff") Motion for Discharge, Attorneys' Fees, and Dismissal with Prejudice pursuant to 28 U.S.C. § 1335. (ECF No. 16.) Defendants Sharon Edmiston, Ashley Edmiston, Katharine Edmiston, and Karen Edmiston (collectively, "Defendants") have not filed an opposition. For good cause shown, Plaintiff's motion is GRANTED. The Court hereby ORDERS and ADJUDGES as follows:

1.  Plaintiff ReliaStar Life Insurance Company has established all of the requirements for interpleader relief pursuant to 28 U.S.C. § 1335.

2.  ReliaStar Life Insurance Company is hereby discharged from any and all liability to Sharon Edmiston, Ashley Edmiston, Katharine Edmiston, and Karen Edmiston, and to any person, firm, estate, corporation, or entity on account of or in any way related to ReliaStar Life Insurance

1

1  Company life insurance policy number AD11208325 issued to the late John D. Edmiston and/or
2  related to the handling or processing of any claims made under ReliaStar Life Insurance Company
3  life insurance policy number AD11208325 issued to the late John D. Edmiston.

4  3. Pursuant to 28 U.S.C. § 2361, Sharon Edmiston, Ashley Edmiston, Katharine Edmiston, and Karen Edmiston, and each of their respective attorneys, representatives, successors, assigns, and heirs are hereby permanently enjoined from instituting or prosecuting against ReliaStar Life Insurance Company any proceeding in any state or United States Court or administrative tribunal relating to the benefits due under ReliaStar Life Insurance Company life insurance policy number AD11208325 issued to the late John D. Edmiston and/or related to the handling or processing of any claims made under ReliaStar Life Insurance Company life insurance policy number AD11208325 issued to the late John D. Edmiston.

4. ReliaStar Life Insurance Company is hereby awarded $5,130.65 from the amount on deposit in the Disputed Ownership Fund (DOF) of the Court Registry Investment System (CRIS) as reimbursement for its attorneys' fees and costs incurred in this action.

5. ReliaStar Life Insurance Company is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: June 24, 2025

Troy L. Nunley
Chief United States District Judge