**UNITED STATE DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>*v.*<br><br>SHARON EDMISTON,<br>ASHLEY EDMISTON,<br>KATHARINE EDMISTON, and<br>KAREN EDMISTON,<br><br>Defendants. | Case No: 2:24-cv-03544-TLN-SCR<br><br>**ORDER TO DISBURSE FUNDS**<br><br>NO HEARING REQUESTED<br><br>Judge: Hon. Troy L. Nunley<br>Courtroom: 2, 15th Floor |

The Court has reviewed the remaining parties' Stipulation for Disbursement of Interpleaded Funds. Good cause appearing, and pursuant to Federal Rule of Civil Procedure 67 and Eastern District of California Local Rule 150, IT IS HEREBY ORDERED:

1. The Clerk of Court is authorized and directed to disburse the funds held in the Disputed Ownership Fund ("DOF") of the Court Registry Investment System ("CRIS") in this action as set forth below. In light of the written stipulation of all remaining parties, <u>the Clerk need not await expiration of an appeal period before making the disbursements</u>.

2. The Clerk is ordered to disburse the registry funds as follows:

a. $100,000.00 plus 75% of the $1,606.11 in accrued interest remaining from the funds deposited by ReliaStar, plus 75% of all interest subsequently earned on the funds held in the Registry (net of Registry Fund Fees, if any) shall be paid collectively to “Philip H. Dyson Client Trust Account” (for the benefit of ASHLEY EDMISTON, KATHARINE EDMISTON, and KAREN EDMISTON).

b. $400,000.00 plus 25% of the $1,606.11 in accrued interest remaining from the funds deposited by ReliaStar, plus 25% of all interest subsequently earned on the funds held in the Registry (net of Registry Fund Fees, if any) shall be paid to "Daniels, Inc. Client Trust Account" (for the benefit of SHARON EDMISTON).

3. The Clerk shall issue payment pursuant to the instructions provided on the Request for Payee Information and TIN Certification for (AO 213P form) submitted separately by counsel for the Ashley Defendants and Sharon. Alternatively, payment to the “Philip H. Dyson Client Trust Account” may be sent by check made payable to “Philip H. Dyson Client Trust Account” and mailed to Law Office of Philip H. Dyson, 8461 La Mesa Boulevard, La Mesa, California 91942-5335; and payment to “Daniels, Inc. Client Trust Account” may be made by check mailed to Robert M. Daniels, Esq. at 960 Canterbury Place, Ste. 110, Escondido, California 92025.

4. The Clerk is authorized to deduct any registry fee, tax, or other charge required by law or applicable Court policy before making the foregoing distributions.

5. After completing the foregoing distributions, the Clerk shall close the registry account for this action. This Order does not itself dismiss the remaining claims or the action.

**IT IS SO ORDERED.**

Dated: September 9, 2026

Troy L. Nunley
Chief United States District Judge